# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEVEN MAGEE**                                                          **PLAINTIFF**

v.                           No. 4:25-cv-265-DPM

**NEW BALANCE ATHLETICS, INC.**                              **DEFENDANT**

## ORDER

Magee's motion to file documents electronically, *Doc. 4*, is denied. In general, only licensed attorneys are permitted to file electronically. LOCAL RULE 5.1. Notwithstanding Magee's experience and capability, the Court prefers to stick with this District's standard practice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 March 2025