IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN MAGEE**                                                                 **PLAINTIFF**

v.                               No. 4:25-cv-265-DPM

**NEW BALANCE ATHLETICS, INC.**                                   **DEFENDANT**

ORDER

Unopposed motion, *Doc. 8*, granted. New Balance's answer or Rule 12(b) motion due by 30 June 2025.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 June 2025