IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN MAGEE**                                                              **PLAINTIFF**

v.                           No. 4:25-cv-265-DPM

**NEW BALANCE ATHLETICS, INC.**                           **DEFENDANT**

### ORDER

    Magee's motion to strike, *Doc. 42*, is denied.  It's mostly argument on why he should prevail on the merits on various claims.  The affirmative defenses are not frivolous.  There's no real prejudice in New Balance asserting them to preserve the record (such as on the failure-to-state-a-claim defense) and to provide notice of non-waiver.  The case is just starting.  The parties will have ample opportunity to probe and narrow the issues with discovery, stipulations, and motions.  I agree with my Brother Moody's analysis of the cases on point.  *Doc. 138 at 2–3* in *Dairy Farmers of America, Inc. v. Westrock Coffee Co.*, No. 4:25-cv-662-JM (E.D. Ark. 28 October 2025).

    So Ordered.

                                                   _____
                                                   D.P. Marshall Jr.
                                                   United States District Judge

                                                   3 February 2026