# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**STEVEN MAGEE**                                                **PLAINTIFF**

v.                                **No. 4:25-cv-265-DPM**

**NEW BALANCE ATHLETICS, INC.**                                **DEFENDANT**

### ORDER

Magee's mail is being returned as undeliverable.  *Doc. 51, 52, & 53.*  He must file a notice of his current mailing address by 20 April 2026.  If he doesn't, the Court will dismiss Magee's case without prejudice for failure to prosecute.  LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
20 March 2026