**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**STEVEN MAGEE**                                                                      **PLAINTIFF**

**v.**                                         **No. 4:25-cv-265-DPM**

**NEW BALANCE ATHLETICS, INC.**                                   **DEFENDANT**

**ORDER**

The mail issues have been resolved. Magee's address hasn't changed. *Doc. 55.*

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

9 April 2026