**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**STEVEN MAGEE** **PLAINTIFF**

**v.** **No. 4:25-cv-265-DPM**

**NEW BALANCE ATHLETICS, INC.** **DEFENDANT**

# ORDER

The motion for extension, *Doc. 63,* is granted. New Balance's response is due by 8 September 2026.

So Ordered.

D.P. Marshall Jr.
United States District Judge

20 August 2026