**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**STEVEN MAGEE** **PLAINTIFF**

**v.** **No. 4:25-cv-265-DPM**

**NEW BALANCE ATHLETICS, INC.** **DEFENDANT**

**ORDER**

Motion for protective order, *Doc. 66*, denied without prejudice. Please follow the procedure in the Final Scheduling Order, *Doc. 50 at 2–3*.

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 September 2026